# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| AMY COCCA AND CHRISTOPHER COCCA, | : | No. 543 MAL 2022 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| U.S. BANK, N.A., YOUNGKYU LEE, HYOUNGJOON PARK AND JUNGJA YEON, | : | |
| | : | |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: YOUNGKYU LEE, HYOUNGJOON PARK AND JUNGJA YEON | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.